# ANTONELLI, HARRINGTON & THOMPSON LLP

4306 YOAKUM BOULEVARD, SUITE 450 • HOUSTON, TX 77006 • 713-581-3000 • FAX: 713-581-3020

January 9, 2023

**By FedEx**
U.S. District Clerk's Office
Western District of Texas - Waco
800 Franklin Avenue, Room 380
Waco, TX 76701

RECEIVED

JAN 10 2023

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

RE: *Textile Computer Systems, Inc. v. Regions Bank*, Case No. 6:22-cv-939-ADA; First Amended Complaint for Patent Infringement

To whom it may concern:

Enclosed you will find the First Amended Complaint for Patent Infringement in the above referenced matter. Please file the amended complaint. Thank you for your attention to this matter.

Respectfully signed,

Matthew Antonelli

Cc: all counsel of record (by email)
Enclosure as stated



xpress

®

ORIGIN ID:HOUA     (713) 581-3000
MATTHEW ANTONELLI
ANTONELLI,HARRINGTON & THOMPSON LLP
4306 YOAKUM BLVD.
SUITE 450
HOUSTON, TX 77006
UNITED STATES US

SHIP DATE: 09JAN23
ACTWGT: 0.50 LB
CAD: 102540357/INET4534

BILL SENDER

TO **US DISTRICT CLERK'S OFFICE**
**WESTERN DISTRICT OF TEXAS - WACO**
**800 FRANKLIN AVENUE**
**ROOM 380**
**WACO TX 76701**
(254) 750-1501          REF: TEXTILE
INV:
PO:                              DEPT:

FedEx
Express



Extremely Urgent

TUE - 10 JAN 4:30P
STANDARD OVERNIGHT

TRK#
0201   **7709 8359 8499**

**A8 ACTA**                    **76701**
                    TX-US **AUS**

RT **209**        6        A
            16:30    8499
FZ **207**              01.10